FILED
JUL 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2307-H |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| ALEJANDRO VERDUZCO-RANGEL, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. ) | |

The United States Attorney charges:

Count 1

On or about January 10, 2007, within the Southern District of California, defendant ALEJANDRO VERDUZCO-RANGEL, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CEM:lg:San Diego
6/29/08

|   |   |
|---|---|
| 1 | <u>Count 2</u> |
| 2 | On or about June 14, 2008, within the Southern District of |
| 3 | California, defendant ALEJANDRO VERDUZCO-RANGEL, being an alien, |
| 4 | unlawfully entered or attempted to enter the United States at a time |
| 5 | and place other than as designated by immigration officers, and eluded |
| 6 | examination and inspection by immigration officers, and attempted to |
| 7 | enter or obtained entry to the United States by a willfully false or |
| 8 | misleading representation or the willful concealment of a material |
| 9 | fact and previously committed the offense of illegal entry, as alleged |
| 10 | in Count 1; all in violation of Title 8, United States Code, |
| 11 | Section 1325, a felony. |
| 12 | DATED: 7/15/08 |

KAREN P. HEWITT
United States Attorney

*/s/ Caleb E. Mason for*

CALEB E. MASON
Assistant U.S. Attorney